UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALISON DOMINGUEZ,

    Plaintiff,

v.                                                                CASE NO.: 1:25-cv-24366-KMM

AMERICAN AIRLINES, INC.,

    Defendant.

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties, Plaintiff ALISON DOMINGUEZ and Defendant AMERICAN AIRLINES, INC., stipulate to dismissal of all claims in this action by Plaintiff against Defendant with prejudice, with each party to bear its own costs and attorney fees.

Dated: March 2, 2026                    Respectfully submitted,

| | |
|---|---|
| */s/ Rachel Wagner Furst* | */s/ Jared E. Dwyer* |
| Rachel Wagner Furst | Jared E. Dwyer |
|   Fla. Bar Number: 45155 | Florida Bar No. 104082 |
| Frank R. Maderal | Emiley F. Pagrabs |
|   Fla. Bar Number: 0041481 | Florida Bar. No. 1030834 |
| Nicole Estrada | Greenberg Traurig, P.A. |
|   Fla. Bar Number: 1017979 | 333 SE 2nd Avenue Suite 4400 |
| Maderal Byrne & Furst PLLC | Miami, FL 33131 |
| 2800 Ponce de Leon Boulevard, Suite 1100 | Tel: (305) 579-0500 |
| Coral Gables, Florida 33134 | Email: dwyerj@gtlaw.com |
| Tel: (305) 520-5690 | Email: merlande.moise@gtlaw.com |
| Email: rachel@maderalbyrne.com | Email: MiaLitDock@gtlaw.com |
| Email: frank@maderalbyrne.com | Email: pagrabse@gtlaw.com |
| Email: nicole@maderalbyrne.com | Email: michelle.cruz@gtlaw.com |
| Email: alejandra@maderalbyrne.com | Email: MiaLitDock@gtlaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |